UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

In re:

PATRICIA ANN HALL                    Case No. 26-16464 PDR

Debtor.                              Chapter 13

_____/

## DECLARATION REGARDING PAYMENT ADVICES

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1)(E), and Local Rule 1007-1(c), the debtor declares as follows:

**Debtor:**

_____ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted**—are attached.

_____ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

_X_ No copies of payment advices or other evidence of payment are attached because the debtor:

_____ receives disability payments
_____ is unemployed and does not receive unemployment compensation
_____ receives social security payments
_____ receives a pension
_____ does not work outside the home
_X_ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

**Joint Debtor (if applicable):**

_____ Copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the joint debtor's social security number or individual taxpayer identification number deleted**—are attached.

_____ No copies of payment advices or other evidence of payment are attached because the joint debtor did not receive any payment from any employer within 60 days before the petition was filed.

LF-10 (rev. 06/01/26)

\_\_\_\_\_ No copies of payment advices or other evidence of payment are attached because the joint debtor:

     \_\_\_\_\_ receives disability payments

     \_\_\_\_\_ is unemployed and does not receive unemployment compensation

     \_\_\_\_\_ receives social security payments

     \_\_\_\_\_ receives a pension

     \_\_\_\_\_ does not work outside the home

     \_\_\_\_\_ is self-employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the joint debtor is unable to timely provide copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: \_\_\_6/1/26\_\_\_
        Date

                             Debtor's signature

                             _____

                             Joint debtor's signature (if applicable)

LF-10 (rev. 06/01/26)