UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
PATRICIA ANN HALL,                    Case no. 26-16464-CAP
    Debtor(s).      /    Chapter 13

**AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL'S
OBJECTION TO CONFIRMATION OF PLAN**

**AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL** ("Creditor"), a secured claimant, objects to confirmation of debtor's plan as follows:

1.   On July 14, 2021, debtor executed a contract pertaining to the purchase of a **2018 MAZDA MAZDA3 WAGON 5D SPORT 2.0L I4 VEHICLE, VIN 3MZBN1K78JM223165.**  Copies of the contract and proof of title are attached to the Creditor's Proof of Claim No. 1-1.

2.   The payoff on the account, as of the date of the bankruptcy filing, is **$15,184.68** (POC #1-1, filed 5.28.26).  The plan understates the payoff and does not conform to POC #1-1).  **The contractual monthly payment is $485.77.**  The plan does not account for the pre-petition arrearage of $1,820.97.

3.   The plan fails to provide interest on the payoff amount. The contract rate of interest is 13.88%.  The *Till* rate of interest is 8.75% at the time of the bankruptcy filing.

4.   The Creditor requires and requests proof of collision and comprehensive insurance with the Creditor as additional insured.

5.   The plan fails to provide that the Creditor will retain its lien until it is paid in full under the terms of the plan and the debtor is discharged.

6.   The plan is unclear as to whether debtor dedicates all

disposable income throughout the plan (from month 1).

7. It is not clear from the plan whether debtor intends to value the vehicle as the plan omits the valuation amount.

**WHEREFORE**, The Creditor respectfully requests that the confirmation of debtor's plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on June 14, 2026, copies of the foregoing were transmitted via CM/ECF to all parties registered to receive electronic notices in this case, including Trustee Robin R. Weiner, and mailed by the undersigned via US First Class Mail to debtor Patricia Ann Hall, 8556 SW 23 Court, Miramar, FL 33025.

GERARD M. KOURI, JR., P.A.
Attorneys for the Creditor
5311 King Arthur Ave
Davie, FL 33331
Tel: (954)862-1731
Fax: (954)862-1732

By: /s/*Gerard M. Kouri, Jr., ESQ.*
    Gerard M. Kouri, Jr., Esq.
    FBN 375969, gmkouripa@gmail.com