**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 26-16464-CAP
                                                                                CHAPTER 13

Patricia Ann Hall,

       Debtor.

_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

HSBC Bank USA, N.A., As Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE3 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #24), and states as follows:

1. Debtor, Patricia Ann Hall ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 19, 2026.

2. Secured Creditor holds a security interest in the Debtor's real property located at 8556 SW 23RD CT Miramar, FL  33025, by virtue of a Mortgage recorded on November 4, 2005 in book 40837 at pages 1146-1172 of the Public Records of Broward County, FL. Said Mortgage secures a Note in the amount of $192,000.00.

3. The Debtor filed a Chapter 13 Plan on June 2, 2026.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor; however, the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due to Secured Creditor is $77,223.67, whereas the Plan only proposes amount of $69,000.00 in arrears. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to any plan which proposes to pay it anything less than $77,223.67 as the pre-petition arrearage over the life of the plan.

5. It is anticipated that the regular monthly post-petition mortgage payment due will be $2,126.94, whereas the Plan does not provide for any post-petition regular montly payments. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

6. Secured Creditor objects to the Plan and states the Plan is not feasible.  The regular monthly mortgage payment combined with the arrears payments totals $3,293.94.  Debtor's gross monthly income as stated in Schedule I is $3,500.00.  The Debtor's net monthly income after expenses is $435.00 according to Schedule J.  The Plan as filed is not feasible per Debtor's Schedules I and J.

7. Secured Creditor is in the process of preparing an proof of claim which will set forth the arrears and regular payment amount and will file the same prior to the claims bar date.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Can Guner
Can Guner, Esquire
Florida Bar Number #20931
Email: cguner@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robin R Weiner
Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Patricia Ann Hall
8556 SW 23 Ct
Miramar, FL 33025

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Can Guner
Can Guner, Esquire
Florida Bar Number #20931
Email: cguner@raslg.com