UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  26-16464-BKC-CAP
PROCEEDING UNDER CHAPTER 13

IN RE:

PATRICIA ANN HALL
XXX-XX-0989

DEBTOR_____/

## NOTICE OF
## CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the §341 Meeting of Creditors has been continued to **July 24, 2026 at  1:00 PM**.

**\*MEETING WILL BE HELD BY VIDEO CONFERENCE\***

**Go to www.Zoom.us, click on JOIN or call (954)399-6624, Enter Meeting ID 641 184 3541, and Passcode 9807786714**

For additional meeting information visit: www.justice.gov/ust/moc

**The Confirmation Hearing has been scheduled for August 3, 2026 at   9:00 AM at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 301, FORT LAUDERDALE, FL 33301.**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 29th day of June, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.:  26-16464-BKC-CAP

## SERVICE LIST

### COPIES FURNISHED TO:

### DEBTOR
PATRICIA ANN HALL
8556 SW 23RD COURT
MIRAMAR, FL  33025

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.