# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO.:  26-16464-BKC-CAP
PROCEEDING UNDER CHAPTER 13

IN RE:

PATRICIA ANN HALL
XXX-XX-0989

DEBTOR_____/

## OBJECTION TO EXEMPTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**Robin R. Weiner**, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), hereby objects to the Debtor's claimed exemptions in Schedule C and states:

1. The Debtor has failed to provide proof of claimed exemptions as required by Bankruptcy Rule 4002.

2. The Debtor's use of Florida exemptions is improper under 11 U.S.C. Section 522(b)(3)(A) since the Debtor has resided in Florida less than two (2) years.

3. The Debtor's claim of exemption in NO AUTHORITY CITED FOR ANY EXEMPTIONS violates the provisions of 11 U.S.C. Section 522, F.S. Section 222.20 and F.S. Section 222.30.

**WHEREFORE**, the Trustee respectfully requests that the claimed exemption(s) be stricken and disallowed.

**I HEREBY CERTIFY** that I am admitted to the Bar of United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Objection to Exemptions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, to the parties listed on the attached service list this 13th day of July, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO EXEMPTIONS
CASE NO.:  26-16464-BKC-CAP

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
PATRICIA ANN HALL
8556 SW 23RD COURT
MIRAMAR, FL  33025