UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:     Patricia Ann Hall          CASE NO. 26-16464-CAP
                                      CHATPER 13 PROCEEDING

           Debtor(s)
_____/

**LAKEVIEW TOWNHOMES AT UNIVERSITY PARK ASSOCIATION PHASE II, INC.'S OBJECTION TO CONFIRMATION**

Creditor, LAKEVIEW TOWNHOMES AT UNIVERSITY PARK ASSOCIATION, PHASE II, INC., (hereinafter referred to as "Creditor"), by and through its undersigned counsel, files its Objection to Confirmation and in support states as follows:

1.      Creditor is a secured creditor of the Debtor by virtue of Debtor being owner of the property located at 8556 SW 23rd Court, Miramar, FL 33025 within the Lakeview Townhomes at University Park Association community. Debtor is bound by the terms of the Associations Declaration of Restrictions and Protective ("Declaration"). The Declaration provides Creditor with certain rights and powers including the right to assess and collect maintenance assessments, file claims of lien and foreclose claims of lien upon the failure of a homeowner to pay maintenance fees and assessments

2.      Creditor is the Homeowners Association where the Property is located. Creditor has filed a Secured Proof of Claim (Claim #2) in this matter in the sum of $1,090.00.

3.      Debtor's Plan is unclear as to exactly what she is proposing to pay to Creditor and whether she is committing all of her disposable income to fund the Plan.

1

CASE NO. 26-16464-CAP

Additionally, it is unclear whether the sums set forth in the Plan to be paid to Creditor are for the arrearages owed and/or the ongoing regular monthly homeowner's assessments.

4.      Creditor objects to confirmation of Debtor's Plan as Debtor's Plan does not clearly and properly provide for the full arrearages owed to Creditor to be paid through the Plan and does not clearly provide for payment to Creditor of the monthly homeowner's assessments that are due each month in the sum of $180.00 a month.

5.      Based on the above, Creditor objects to the Plan as the Plan fails to comply with 11 U.S.C. § 1325.

6.      Debtor should be required to amend the Plan to provide for the proper ongoing monthly homeowner's association assessments of $180.00 a month due Creditor and to provide for the full arrearages owed to Creditor of $1,090.00 be paid in equal installments over the life of the Plan.

7.      Creditor does not consent to the treatment of its claim as proposed in the Debtors' Plan and objects to any Plan that is not amended to cure Creditor's objections.

8.      Association has incurred attorney fees and costs in conjunction with the filing of this Objection to Confirmation which may be recoverable pursuant to the terms of the Declaration and association documents.

9.      Creditor reserves the right to amend and/or supplement this Objection to Confirmation

WHEREFORE, LAKEVIEW TOWNHOMES AT UNIVERSITY PARK ASSOCIATION, PHASE II, INC., respectfully requests this Court require Debtor to

2

CASE NO. 26-16464-CAP

amend the Plan in accordance with the foregoing objection or to deny Confirmation of

Debtor's Plan and such further relief the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

via CM/ECF to all parties registered to receive electronic notices in this case and

furnished via U.S .Mail to the parties on the mail list below this ___/6___ day of July,

2026.

> **Valancy & Reed, P.A.**
> Counsel for Creditor, LAKEVIEW TOWNHOMES
> AT UNIVERSITY PARK ASSOCIATION,
> PHASE II, INC
> 310 SE 13th Street
> Fort Lauderdale, FL 33316
> Ofc: (954) 463-1600
> Fax: (954) 463-1222
> Email: bmatters@myflalaw.com
>
> By: _____
> Steven Valancy
> Florida Bar No. 715130

3

CASE NO. 26-16464-CAP

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Trustee:
Robin R. Weiner
P.O. Box 559007
Fort Lauderdale, FL  33355

United States Trustee
51 SW First Avenue, Ste 1204
Miami, FL 33130

**Manuel Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Debtor:
Patricia Ann Hall
8556 SW 23rd Court
Miramar, FL 33025