**CGFD42** (6/1/2026)



**ORDERED in the Southern District of Florida on July 28, 2026**



**Craig A Pugatch**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–16464–CAP**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Patricia Ann Hall
8556 SW 23 Court
Miramar, FL 33025

SSN: xxx–xx–0989

## ORDER DISMISSING CASE FOR
## FAILURE TO APPEAR AT § 341 MEETING OF CREDITORS,
## FAILURE TO COMMENCE MAKING CHAPTER 13 PLAN PAYMENTS,
## FAILURE TO REMAIN CURRENT ON CHAPTER 13 PLAN PAYMENTS
## AS OF THE § 341 MEETING OF CREDITORS OR
## DENIAL OF CONFIRMATION OF A CHAPTER 13 PLAN

This matter is before the court without a hearing under Local Rule 1017–1(a)(2) for

☐ the debtor's failure to appear at the § 341 meeting of creditors;

☐ the debtor's failure to commence making chapter 13 plan payments within 30 days of the petition date or date of conversion to chapter 13;

☑ the debtor's failure to remain current on chapter 13 plan payments as of the time of the § 341 meeting of creditors;

☐       denial of confirmation of a chapter 13 plan and denial of a request for additional time to file an amended plan.

*Page 1 of 2*

In the clerk's Notice of Chapter 13 Bankruptcy Case, the debtor was given notice that its case may be dismissed without further notice or hearing, and no opportunity to cure, for any of the foregoing reasons. Accordingly, under Local Rule 1017–1(c)(2),

It is **ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee must file a final report before the case is administratively closed.

4. Under Local Rule 1017–1(e), all unpaid fees owed to the clerk – either under 28 U.S.C. § 1930 or any court order – remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301.

5. Any motion for relief from this order must comply with Local Rule 9024–1.

*# # #*

The clerk is directed to serve a copy of this order on all parties of record.

*Page 2 of 2*